■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSSI BELL, Appellant. [817 NYS2d 573]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.),

entered January 6, 2005. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Scudder, Gorski, Martoche and Hayes, JJ.